IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS S. WILLIS, JR.,

    Plaintiff,

vs.                                    Civil Action 2:05-CV-730
                                          Judge Sargus
                                          Magistrate Judge King

MORTGAGE ASSISTANCE
SOLUTIONS,

    Defendant.

### ORDER

On July 28, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed for lack of subject matter jurisdiction. *See* 28 U.S.C. §1915(e). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** for lack of subject matter jurisdiction.

8-23-2005
Date

Edmund A. Sargus, Jr.
United States District Judge